FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM O. ROBINSON, | ) | NO. CV 07-00688 AHM (SS) |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| DENNIS TIMMONS, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 28, 2008

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE